UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-CR-00063 (JMB/JFD) (1) |
| Plaintiff, | |
| v. | **ORDER** |
| Charles Winston, Jr., | |
| Defendant. | |

---

This matter is before the Court on Defendant Charles Winston Jr.'s motion to exclude time under the Speedy Trial Act (Motion). (Doc. No. 47.) Winston also filed a statement of facts in support of his Motion. (Doc. No. 48.) The Government has not responded or otherwise offered a position on Winston's motion.

Winston seeks to exclude the period of October 21, 2024, through December 16, 2024 under 18 U.S.C. § 3161(h)(7)(A) in order to devote time and resources necessary to prepare for trial and to await the arrival of certain subpoenaed documents. The Court finds that the ends of justice are served by allowing Winston the additional requested time for trial preparation, and that granting the additional requested time outweighs the best interest of the public and of the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In addition, under 18 U.S.C. § 3161(h)(7)(B)(i), the Court finds that a miscarriage of justice would result if time were not excluded under the circumstances.

Based on the foregoing, and on all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Defendant Charles Winston Jr.'s Motion for Extension of Time to Start Trial (Doc. No. 47) is GRANTED; and

2. The period of time from October 21, 2024, through December 16, 2024, is excluded from Speedy Trial Act computations in this case.

Dated: October 23, 2024               /s/ *Jeffrey M. Bryan*
                                      Judge Jeffrey M. Bryan
                                      United States District Court